# United States Court of Appeals
## For the Eighth Circuit

_____

No. 23-2271
_____

United States of America

*Plaintiff - Appellee*

v.

Jamerl M. Wortham

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City
_____

Submitted: February 6, 2024
Filed: February 12, 2024
[Unpublished]
_____

Before LOKEN, BENTON, and ERICKSON Circuit Judges.
_____

PER CURIAM.

Jamerl Wortham appeals the sentence imposed by the district court[1] after the court vacated one count of conviction and resentenced him. His counsel has moved

---

[1]The Honorable Brian C. Wimes, United States District Judge for the Western District of Missouri.

to withdraw, and has filed a brief pursuant to <u>Anders v. California</u>, 36 U.S. 738 (1967), arguing that the sentence is substantively unreasonable.

Upon careful review, we conclude that the district court did not err in imposing the Guidelines sentence that Wortham received.  <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461 (8th Cir. 2009) (en banc);  <u>United States v. Bridges</u>, 569 F.3d 374, 379 (8th Cir. 2009); <u>United States v. Canania</u>, 532 F.3d 764, 773 (8th Cir. 2008).  We have also independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal.

Accordingly, we grant counsel's motion to withdraw and affirm.

_____